**MEMO ENDORSED**

LAW OFFICES OF
# STUART D. MARKOWITZ, P.C.
575 JERICHO TURNPIKE • SUITE 210
JERICHO, NEW YORK 11753
(516) 935-3500
smarkowitz@markowitz-law.com
cbarkoff@markowitz-law.com

STUART D. MARKOWITZ
CORY M. BARKOFF

FACSIMILE
(516) 935-3599

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2022

December 12, 2022

Via ECF

Honorable Nelson S. Romàn
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**In light of the extension of the discovery deadlines, Pltf's request to adjourn the telephonic Status Conf. from Jan. 19, 2023 until Feb. 28, 2023 at 2:00 pm is GRANTED. Counsel are directed to this Court's Order at ECF No. 14 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 39.   Dated: White Plains, NY
December 12, 2022**

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   State Farm Fire & Casualty Company aso Miriam Perez
      v. Pentair Flow Technologies LLC
      Case No: 21-CV-06679

Dear Judge Romàn:

As you know, this office represents State Farm Fire & Casualty Company in the subrogation action referenced above.

The parties participated in a conference with Hon. Magistrate Davison today. At that time, Judge Davison extended the parties' time to complete expert disclosure to January 31, 2023.

Accordingly, Judge Davison directed the parties to contact the Court in order to request an adjournment of the case management conference scheduled for January 19, 2023 to sometime after January 31, 2023.

Should the Court require any additional information, we would respectfully request that the Court contact the undersigned.

Very truly yours,

STUART D. MARKOWITZ

SDM/mc
cc:   Adam Sheinvold, Esq.
      Eckert, Seamans, Cherin & Mellott, LLC