```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
STATE FARM FIRE & CASUALTY,

                           Plaintiff,                                       **ORDER**

          - against -                                 21 Civ. 6679 (NSR)

PENTAIR FLOW TECHNOLOGIES,
LLC,

                       Defendant.
---------------------------------------------------x
NELSON S. ROMÁN, U.S.D.J.:

      The parties informed this Court on February 3, 2023 via a joint status letter that discovery was completed in this case (ECF No. 41). On February 24, 2023, the Court emailed counsel to inquire if either/or both parties intended to file a motion for summary judgment. Although Plaintiff responded that it did not intend to file a motion for summary judgment, Defendant responded that it would file a motion for summary judgment.

      In light of the anticipated motion practice, the telephonic Status Conference scheduled for February 28, 2023 is adjourned *sine die*.

      Additionally, Defendant is granted leave to file its motion for summary judgment pursuant to the following briefing schedule:

- Defendant's moving papers are to be served (not filed) on April 27, 2023;
- Plaintiff's opposition papers are to be served (not filed) on May 29, 2023; and;
- Defendant's reply papers are to be served on June 13, 2023.

      All motion papers are to be filed by the parties on the reply date, June 13, 2023. The parties are directed to provide Chambers with two physical courtesy copies of their motion papers on the same date they are served on opposing counsel. The parties are further

directed to provide the Court with an electronic courtesy copy of the motion papers as they are served per this Court's local emergency civil rules.

                                        SO ORDERED.

Dated: February 27, 2023
      White Plains, NY

_____
Nelson S. Román, U.S.D.J.