**MEMO ENDORSED**

# LAW OFFICES OF
# STUART D. MARKOWITZ, P.C.
575 JERICHO TURNPIKE • SUITE 210
JERICHO, NEW YORK 11753
(516) 935-3500
smarkowitz@markowitz-law.com
cbarkoff@markowitz-law.com

STUART D. MARKOWITZ
CORY M. BARKOFF

PETER VARIO

FACSIMILE
(516) 935-3599

April 19, 2024

*Via Electronic Case Filing*

Honorable Nelson S. Romàn
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:   State Farm Fire & Casualty Company aso Miriam Perez
      v. Pentair Flow Technologies LLC
      Case No: 21-CV-06679

Dear Judge Romàn:

As you know, this office represents State Farm Fire & Casualty Company in the subrogation action referenced above.

I am writing this letter to respectfully request that the Telephone Conference scheduled for Thursday, April 25, 2024 be adjourned as Defendant's Motion for Reconsideration is pending before this court.

If the Court will require any additional information we would respectfully request that the Court contact the undersigned.

Very truly yours,

CORY M. BARKOFF, ESQ.

CMB:sa

---

**In light of Deft's pending motion for reconsideration before this Court, Deft's request to adjourn the April 25, 2024 Status Teleconf. is GRANTED.**

**The Teleconf. is adjourned *sine die* pending this Court's resolution of the motion. Clerk of Court is requested to terminate the motion at ECF No. 62.**
**Dated: White Plains, NY**
**April 22, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/22/2024