UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

--------------------------------------------------------------

STATE FARM FIRE & CASUALTY a/s/o MIRIAM
PEREZ,

Plaintiff,

- against -

PENTAIR FLOWS TECHNOLOGY LLC,

Defendant.

--------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  **12/5/2025**

**ORDER**

7:21-cv-06679-NSR

Nelson S. Román, District Court Judge:

The Court having been informed by a joint letter motion (ECF No. 80) that the Parties have reached a settlement in principle, it is hereby

ORDERED, that the above-entitled action be and hereby is discontinued, subject to reopening should the agreement not be consummated within forty-five (45) days of the date hereof. The Parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. In the event that the Parties are unable to memorialize a written settlement agreement within 45 days, the Court will re-open the case.

The pending motions in limine are denied as moot in light of the potential settlement. The trial scheduled to commence on January 12, 2026 is cancelled and the Final Pre-Trial Conference scheduled for December 11, 2025 is adjourned *sine die*.

The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 70, 71, 72, and 80.

SO ORDERED.

Dated: December 5, 2025
White Plains, New York

Nelson S. Román
United States District Court Judge, S.D.N.Y.